FILED
U.S. DIST COURT
UNITED STATES DISTRICT COURT MIDDLE D. OF LA

MIDDLE DISTRICT OF LOUISIANA 2007 JUL 13 A 10 14

| | |
|---|---|
| MELVIN PIERRE, SR. | |
| VERSUS | CIVIL ACTION |
| | NO. 05-1042-C |
| RBC LIBERTY LIFE INSURANCE | |

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated June 12, 2007. Defendant has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to strike filed by defendant, RBC Liberty Life Insurance Company, is granted in part and denied in part, in that all exhibits submitted by the plaintiff shall be considered, except for the RBC Management Compensation Plan and the RBC Training and Compensation Manual. Further, the motion for summary judgment filed by defendant, RBC Liberty Life Insurance Company is granted in part and denied in part, in that all of plaintiff Melvin Pierre, Sr.'s claims are dismissed, except for his claim that RBC discriminated against him in failing to provide his office

with a Sales Consultant during the relevant time periods in 2002 and 2003.

Baton Rouge, Louisiana, July 12, 2007.

_____
RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA